**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# 0213NOT  DESIGNATED  FOR  PUBLICATION

Eric Alan Kracht
Kracht, Frazier, Madison, LLP
5149 Bluebonnet Blvd.
Baton Rouge, LA 70809

Mark Alan Watson
Stafford, Stewart, & Potter
P. O. Box 1711
Alexandria LA 71309

**REHEARING ACTION: February 13, 2013**

**Docket Number: 12   00302-CA**

**CENTRAL ELECTRIC CO. OF ALEXANDRIA**
**VERSUS**
**ENGLAND ECONOMIC &  INDUSTRIAL DEVELOPMENT DISTRICT**

**Appealed from Rapides Parish Case No. 210,104**

**BEFORE JUDGES:**

> **Hon. Sylvia R. Cooks**
> **Hon. Marc T. Amy**
> **Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Central Electric Co. of Alexandria** has this day been

> **DENIED.**

cc: Ronald J. Fiorenza, Counsel for the Appellant